UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Chapter 7 |
| NICHOLAS M. AND KARA N. GOETZINGER, | Case No. 24-21567-rmb |
| Debtors. | |
| NICHOLAS M. GOETZINGER, Plaintiff, | Adversary No. 24-02100-rmb |
| vs. | |
| SALLIE MAE BANK, Defendant. | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

WHEREAS Plaintiff, Nicholas M. Goetzinger ("Plaintiff"), filed an adversary complaint in the above-captioned Chapter 7 bankruptcy case against Sallie Mae Bank seeking a determination of dischargeability of private student loans totaling $392,273.56 as of June 2024.

WHEREAS Defendant has not filed an answer in the above-captioned adversary proceeding.

WHEREAS the Parties have reached and entered into a "Confidential Settlement Agreement and Release of Claims" agreement resolving the above-captioned adversary proceeding.

Plaintiff hereby dismisses the above-captioned adversary proceeding with prejudice, as provided for under F.R.B.P. 7041 and F.R.C.P. 41(a)(1)(A)(i).

Dated this 5th day of September 2024.

KREKELER LAW, S.C.

By: _____
Noe J. Rincon
State Bar No. 1124893
*Attorneys for the Plaintiff,*
Nicholas M. Goetzinger

**ADDRESS:**
26 Schroeder Court, Suite 300
Madison, WI 53711
Phone: 608-258-8555
Fax: 608-663-0287
nrincon@ks-lawfirm.com